UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No.  5:03-cr-23-Oc-10GRJ

ALBERT RUIZ
_____/

**O R D E R**

On January 12, 2004, Defendant Albert Ruiz pled guilty to assaulting another person with a dangerous weapon at the Federal Correctional Complex in Coleman, Florida, with intent to do bodily harm and without just cause or excuse, resulting in serious bodily injury, in violation of 18 U.S.C. § § 113(a)(3) and (a)(6).  At the sentencing hearing held on April 22, 2004, the Court sentenced the Defendant to 41 months imprisonment, to be served consecutive to the unexpired term the Defendant was currently serving.  Judgment was entered accordingly on April 22, 2004 (Doc. 42).

This case is before the Court for consideration of the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. 46), which was filed on April 21, 2005.  The Government's motion recites that "[b]efore and after his sentencing, the [D]efendant assisted law enforcement in the investigation of criminal activity by other persons, which assistance the [G]overnment views as substantial assistance."  In particular, the Defendant "provided substantial and significant assistance in the investigation of criminal and otherwise improper activity by a staff member at the Federal

Correctional Complex at Coleman, Florida." The Government recommends a four-level reduction, placing the Defendant in the guideline range of 27 - 33 months. The Government further recommends that the Court sentence the Defendant at the low end of the guideline range.

The Government must demonstrate pursuant to Rule 35(b)(1) that after sentencing, the Defendant provided substantial assistance in investigating or prosecuting another person, and also that a reduction in the Defendant's sentence accords with the Sentencing Commission's guidelines and policy statement. The Government has made such a showing by explaining that the Defendant assisted the Government in the investigation of criminal and otherwise improper activity by a staff member at FCC-Coleman.

## Conclusion

Accordingly, upon due consideration of the Defendant's substantial assistance, it is ordered that:

(1) the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. 46) is GRANTED;

(2) the commitment sentence imposed upon the Defendant Albert Ruiz is hereby reduced from 41 months to 27 months, to be served consecutively to any unexpired term of confinement the Defendant is presently serving;

(3) the judgment entered on April 22, 2004 (Doc. 42) is hereby amended to the extent set forth in this Order, and in all other respects, the judgment shall remain undisturbed; and

(4) the Clerk is directed to furnish a copy of this Order to counsel of record, the Defendant, the United States Marshal, the Bureau of Prisons, and the United States Probation Officer.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of May, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Albert Ruiz
             United States Marshal
             Bureau of Prisons
             United States Probation Office
             Maurya McSheehy, Courtroom Deputy

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No.  5:03-cr-23-Oc-10GRJ

ALBERT RUIZ
_____/

### **O R D E R**

This case is before the Court for consideration of (Doc. ).

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this _____ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   United States Attorney
             United States Marshal
             United States Probation Office
             U.S. Pretrial Services Office
             Counsel of Record
             Maurya McSheehy, Courtroom Deputy
             Albert Ruiz